[No. 1460-2.   Division Two.   October 16, 1975.]

AL WAGAR, *Respondent*, v. BOARD OF TRUSTEES OF THE POLICE RELIEF AND PENSION FUND OF THE CITY OF ABERDEEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 63634, John H. Kirkwood, J., entered May 17, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 3193-1.   Division One.   October 20, 1975.]

PAUL O. CHRISTOPHER, *Appellant*, v. LYNNWOOD REALTY, ET AL, *Defendants*, TED R. FRISK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 765939, Robert M. Elston, J., entered July 1, 1974. *Reversed* by unpublished opinion per James, J., concurred in by Farris and Callow, JJ.

[No. 2020-2.   Division Two.   October 28, 1975.]

THE STATE OF WASHINGTON, ET AL, *Respondents*, v. RICHARD NATHANIEL EVANS, *Appellant.*

Application filed in the Court of Appeals for a writ of certiorari. *Denied* by unpublished opinion pursuant to RCW 2.06.040.

[No. 1414-2.   Division Two.   October 28, 1975.]

THE CITY OF ABERDEEN, *Respondent*, v. CARL EUGENE JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 64103, John H. Kirkwood, J., entered April 19, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.